Argued January 20, affirmed January 20, 1972

STATE OF OREGON, *Respondent, v.* ARNOLD
HARRY EATON (No. C-57435), *Appellant.*

493 P2d 186

*Gerald R. Pullen,* Portland, argued the cause and
filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

AFFIRMED FROM THE BENCH.